# Court of Appeals
# of the State of Georgia

ATLANTA,  November 21, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0408. ANITA LONARDO et al. v. RYAN L. LOYLE et al.

In this matter involving the dismissal of an appeal for failure to pay costs, see OCGA § 5-6-48 (c), Appellants have now filed a third motion for an extension of time to file their brief. While the previous motions were granted on different grounds, Appellants contend in the current motion that the appellate record is incomplete. Specifically, Appellants point out that, although they requested in their notice of appeal that a transcript of a hearing held on March 21, 2022 be included, it has not been made part of the record on appeal. For this reason, Appellants have requested an undefined "reasonable amount of time" to move the lower court to supplement the record with the March 21, 2022 transcript and to be allowed to file their brief at some point thereafter. Under these circumstances, we find it to be more prudent to remand this case rather than grant further extensions of time. Accordingly, we hereby REMAND this case to the Clerk of the State Court of Cobb County so that court may determine whether the March 21, 2021 transcript should be included with the record. Upon completion of the record, the clerk is directed to transmit the complete record to this Court for re-docketing of the appeal. See OCGA § 5-6-43 (a). Appellants need not file a second notice of appeal.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 11/21/2022

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*